IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHEILA K. PETERSON as Administratrix of the Estate of Brandon C. Peterson, deceased and in her own right, | ) ) ) ) ) | Civil Division |
| Plaintiff, | ) ) ) | |
| v. | ) ) | C.A. No. 2:23-cv-136 |
| MURROW'S TRANSFER, INC., MT FAIRFILED, LLC, and LOGAN J. DENNY, | ) ) ) ) | **JURY TRIAL DEMANDED** |
| Defendants. | ) ) | |

**NOTICE OF REMOVAL**

AND NOW, come the Defendants, Murrow's Transfer, Inc., and Logan J. Denny, by and through their counsel, Pion, Nerone, Girman, Winslow & Smith, P.C. and James M. Girman, Esquire and remove the above captioned lawsuit pursuant to 28 U.S.C. §1441, et seq. from the Court of Common Pleas of Allegheny County, Pennsylvania (No. G.D. 22-006642) to the United States District Court for the Western District of Pennsylvania, and in support thereof aver as follows:

1.      Plaintiff initiated the above-captioned lawsuit in the Court of Common Pleas of Allegheny County, Pennsylvania at No. G.D. 22-006642. Plaintiff initially filed a Writ of Summons naming Murrow's Transfer, Inc., MT Fairfield, LLC, Logan J. Denny, Today's Home,

Inc., Rustic Acres, Inc. and Chuck's Furniture Essentials, LLC. Thereafter, Plaintiff filed a Complaint naming only Murrow's Transfer, Inc., MT Fairfield, LLC and Logan J. Denny. The other defendants named in the Writ were dismissed by way of Stipulation and Order of Court. (Copies of the docket and all pleadings filed in the State Court are attached hereto as Exhibit "A").

2. The Complaint alleges that on December 22, 2020 Defendant Denny was negligent in the operation of a tractor trailer owned by the Murrow's defendants and thereby caused the motor vehicle accident resulting in the death of Brandon Peterson, for which Plaintiff seeks damages. Plaintiff further alleges claims of negligent entrustment, hiring, training and supervision against the Murrow's defendants.

3. In the Complaint, Plaintiff identifies Murrow's Transfer, Inc. and M.T. Fairfield, LLC as the "Murrow's defendants."

4. Pursuant to paragraph 1 of Plaintiff's Complaint, Plaintiff, Sheila K. Peterson, is a resident of the state of Pennsylvania.

5. Pursuant to paragraph 3 of Plaintiff's Complaint, Defendant, Murrow's Transfer, Inc., is a corporation organized under the laws of the state of North Carolina with a principal place of business located in Thomasville, North Carolina.

6. Pursuant to paragraph 4 of Plaintiff's Complaint, M.T. Fairfield, LLC, is a corporation existing under the laws of the state of North Carolina with a principal place of business located in Thomasville, North Carolina.

7. Pursuant to paragraph 7 of Plaintiff's Complaint, Defendant, Logan J. Denny, is a resident of the state of North Carolina.

8. The above captioned action, pending in the Court of Common Pleas of Allegheny County, Pennsylvania, is within the jurisdiction of the United States District Court for the Western District of Pennsylvania.

9. The United States District Court for the Western District of Pennsylvania has original jurisdiction over this matter pursuant to 28 U.S.C. §1332 inasmuch as the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs, and is between citizens of different states.

10. This action is removable from the Court of Common Pleas of Allegheny County, Pennsylvania, pursuant to the provisions of 28 U.S.C. §1441, et seq. In accordance with 28 U.S.C. §1446(b)(2)(A), all defendants in this action hereby join in the removal of this action. Undersigned counsel represents Murrow's Transfer, Inc. and Logan J. Denny. MT Fairfield, LLC is not represented at this time. However, MT Fairfield, LLC consents to the removal of this case. See Exhibit "B" attached hereto.

11. Concurrent with the filing of this Notice of Removal, Defendants have filed a Notice of Filing of Notice of Removal with the Prothonotary of the Court of Common Pleas of Allegheny County, Pennsylvania advising that they have removed this action to the United States District Court for the Western District of Pennsylvania.

12. In filing this Notice of Removal, Defendants do not waive any affirmative defenses they may have or may hereinafter assert in this action.

WHEREFORE, Defendants pray that this Honorable Court remove the above-captioned case from the Court of Common Pleas of Allegheny County, Pennsylvania, to the United States District Court for the Western District of Pennsylvania.

Respectfully submitted,

PION, NERONE, GIRMAN, WINSLOW & SMITH

BY: _____/s/ James M. Girman_____
James M. Girman, Esquire
Pa. I.D. #58825
jgirman@pionlaw.com
Brian L. Shepard, Esquire
Pa. I.D. #319322
bshepard@pionlaw.com

Attorneys for Defendants,
Murrow's Transfer, Inc. and
Logan J. Denny.

## CERTIFICATE OF SERVICE

I, James M. Girman, Esquire, hereby certify that a true and correct copy of the foregoing **NOTICE OF REMOVAL** was served upon counsel of record by CM-ECF electronic service, this 27th day of January, 2023, as follows:

>Edward S. Goldis, Esquire
>Daniel J. Mann, Esquire
>Feldman, Shepard
>1845 Walnut Street
>21st Floor
>Philadelphia, PA 19103
>egoldis@feldmanshepard.com
>dmann@feldmanshepard.com
>(Counsel for Plaintiff)

>PION, NERONE, GIRMAN, WILSOW & SMITH

>BY: _____/s/ James M. Girman_____
>James M. Girman, Esquire
>jgirman@pionlaw.com
>Brian L. Shepard, Esquire
>bshepard@pionlaw.com

>Attorneys for Defendants,
>Murrow's Transfer, Inc. and
>Logan J. Denny.