UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHEILA PETERSON, as Administratrix of the Estate of BRANDON C. PETERSON, deceased, and in her own right<br><br>Plaintiff<br><br>v.<br><br>MURROW'S TRANSFER, INC., et al.<br><br>Defendants | CIVIL ACTION<br><br>DOCKET NO.: 2:23-CV-00136-CCW |

## **JOINT STATUS REPORT**

In accordance with the Court's Order for Administrative Closing entered on May 26, 2023, the parties hereby file the instant Joint Status Report regarding settlement. Plaintiff's counsel is in the process of preparing the Petition for Court approval of the settlement and allocation of wrongful death and survival act claims. Plaintiff anticipates filing that Petition within the next thirty (30) days. The parties have also exchanged but not finalized the Release in this matter. The delay in filing the Petition is the responsibility of plaintiff's counsel.

Counsel apologize to the Court for the oversight in not timely filing this Joint Status Report and are available at the Court's discretion to address any questions.

Respectfully submitted:

| | |
|---|---|
| FELDMAN SHEPHERD WOHLGELERNTER TANNER WEINSTOCK & DODIG, LLP | PION, NERONE, GIRMAN WINSLOW & SMITH, P.C. |

_____
ALAN M. FELDMAN
DANIEL J. MANN
EDWARD S. GOLDIS
1845 Walnut Street, 21st Floor
Philadelphia, PA 19103
215-567-8300
afeldman@feldmanshepherd.com
dmann@feldmanshepherd.com
egoldis@feldmanshepherd.com
Attorneys for Plaintiff

s/James M. Girman
JAMES M. GIRMAN
420 Fort Duquesne Blvd.
15000 One Gateway Center
Pittsburgh, PA 15222
412-667-6233
jgirman@pionlaw.com
Attorney for Defendants