# EXHIBIT "B"

# Office of the Coroner
## Westmoreland County, PA
## Kenneth A. Bacha, Coroner

2503 South Grande Boulevard  
Greensburg, PA 15601

Office: 724-830-3636  
Fax: 724-830-3064

**Case#** 2020/12/22-Peterson     **Case Summary Report**     **Report Date:** 3/17/2021

### Decedent Information

| | | | |
|---|---|---|---|
| **Name:** Peterson, Brandon Christopher | | **Next of Kin:** Peterson, Brook and Sheila | |
| **Address:** 2095 Kingview Road | | **Relationship:** Parents | |
| **City/State/Zip:** Scottdale, PA 15683 | | **Address:** 2095 Kingview Road | |
| **Municipality:** Upper Tyrone Township | | **City/State/Zip:** Scottdale, PA 15683 | |
| **Date of Birth:** 12/26/2001 | **Age:** 18 Years | **Home Phone:** | |
| **Soc. Sec. #:** | **Gender:** Male | **Other** | |
| **Marital Status:** Never Married | **Race:** White | **Phone:** | |

### Case Details

| | | | |
|---|---|---|---|
| **Date of Death:** 12/22/2020 | **Time:** 05:00 PM (Pro) | **Place:** SR 119 South, 1/2 mile south of SR 819 | |
| **Pronounced:** 12/22/2020 | **Time:** 05:00 PM | **Muni of Death:** East Huntingdon Township | |
| **Injury Date:** 12/22/2020 | **Time:** 03:42 PM (Apx) | **Injury at Work:** ☐ Yes [x] No | |
| **Cause:** Blunt Force Injuries | | **BAC:** 0.00000 | |
| **Due to:** Struck By Motor Vehicle | | **CO:** | |
| **Due to:** | | | |
| **Due to:** | | | |

**Manner:** ☐ Natural    [x] Accidental    ☐ Suicide    ☐ Homicide    ☐ Pending    ☐ Undetermined

**Att. Physician:** NONE  
**Phones:**  
**Att. Physician2:**  
**Phones:**  
**Att. Physician3:**  
**Phones:**

**Autopsy:** ☐ Yes [x] No     **Autopsy Date:**  
**Location:**     **Performed by:**  
**Police Dept:** PENNSYLVANIA STATE POLICE - GREENSBURG     **Officer/Incid #:** Trooper Joseph Martin    PA20-1782278

### Decedent Medications / Drugs

| Medication Category | Substance | Dosage | Regimen | Prescribed By | Expected | Found | Contrib |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

**Filled:**     **QTY:**

### Description of Incident Leading to Death

# Office of the Coroner
## Westmoreland County, PA
## Kenneth A. Bacha, Coroner

2503 South Grande Boulevard  
Greensburg, PA 15601

Office: 724-830-3636  
Fax: 724-830-3064

**Case#** 2020/12/22-Peterson      **Case Summary Report**      **Report Date:** 3/17/2021

Paramedic William Thomas, with Mutual Aid EMS, reported the death of Brandon Christopher Peterson on December 22, 2020 at 1558 hours. Paramedic Thomas reported the death was a result of a vehicle pedestrian accident.

Westmoreland County Department of Public Safety reported the initial call was at 1542 hours.

I responded to State Route 119 South, 1/2 mile south of State Route 819 in East Huntingdon Township. I was met by Trooper Jon Lindsay, Trooper Michael Predajna, Trooper Michael Thompson, Trooper Joseph Martin, various members of the Pennsylvania State Police and Scottdale and East Huntingdon fire departments.

The decedent was a pedestrian who initially was traveling south on State Route 119 approximately a 1/2 mile south of State Route 819 in East Huntingdon. The decedent was operating a blue 2005 Dodge Ram SLT 2500 with Pennsylvania registration ZPK5467. For an unknown reason the decedent stopped his vehicle to the right of the white fog line and exited his vehicle. A breaker bar tool and socket were located near the decedent's vehicle. It appears the decedent was positioned near the left rear tire on the white fog line or in the right travel line of traffic. It appears the decedent may have been attempting to repair his vehicle. A white 2013 Freightliner with North Carolina registration ND3784 with trailer registration AL2368 was traveling south on State Route 119. The Freightliner was operated by Logan James Denny. The Freightliner struck the decedent's vehicle and the decedent. Point of impact on the Freightliner was at the right front headlight/fender. The Freightliner struck the left rear taillight of the decedent's vehicle and sideswiped the left side of the vehicle. The decedent was struck and pulled under the rear axel of the tractor. The decedent was dragged by the Freightliner for approximately 50-75 feet till the decedent came to rest on the right shoulder of the roadway.

The incident occurred on a divided, asphalt, roadway with a posted speed limit of (55) miles per hour. At the time of the incident, it was daylight and road conditions were dry. The decedent was a pedestrian at the time of the incident. Cell phone usage is unknown.

I viewed the decedent and pronounced at 1700 hours. The decedent was located approximately 50-75 feet south of his vehicle on the right shoulder of the roadway. The decedent was positioned prone on the roadway's shoulder. The decedent was clothed in a black t-shirt, brown long sleeve, blue sweat shirt, gray boxers, black sweat pants, dark gray sweat pants, light gray sweat pants, blue jeans, black socks and brown boots. No jewelry was located on the decedent.

I was able to palpate multiple rub fractures, multiple fractures on the extremities and multiple abrasions on the decedent's extremities and torso. The decedent skull and brain were absent from the head. Brain matter was located near the decedent. The skull fragments were located near the decedent on the roadway.

Trooper Predajna photographed the scene and the decedent.

Professional Cremation Services (PCS) were called at 1738 hours. PCs arrived at 1805 hours. The decedent was placed in a new black body bag and sealed with tag number 0001635 at 1820 hours. The decedent was removed from the scene and transported to the Westmoreland County Forensic Center Morgue.

I spoke to the decedent's parents on scene. The decedent's father, Brook Peterson, reported he last spoke to the decedent at 1523 hours. Peterson reported the decedent told him he was at Sheetz. Peterson reported it appeared the decedent left Sheetz and was traveling home. The decedent had no complaints and no vehicle trouble at that time.

At the Westmoreland County Forensic Center, I broke tag number 0001635 at 2118 hours. I drew two vials (20cc) of cardiac blood at 2200 hours. State blood kit number 032907 will be mailed on December 23, 2020.

Motor Vehicle Death Report AA-34 was faxed to PennDot and J. Ofsanik on December 22, 2020.

Cause of death is blunt force injuries due to being struck by a motor vehicle. Manner of death is an accident.

The decedent will be released to Ferguson Funeral Home-Scottdale at the family's request.

A PA medical certification worksheet will be faxed to Ferguson Funeral Home-Scottdale.

On 12/24/2020 at 1106 hours, I verified the decedent's demographics as being correct with Rob Ferguson, Ferguson Funeral Home. At the request of Ferguson, I faxed a "corrected" copy of the Medical Worksheet to the funeral home on this date and time. KEN

************************************************

Copies of ROI and BAC emailed to Attorney Daniel Mann, per written request, on 3/5/21 by KMH. See back of ROI for request and payment information.

| Funeral Home: | Ferguson Funeral Home - Scottdale, 105 Spring Street, Scottdale, PA 15683 |
|---|---|
| Phones: | Work: 724-887-5300, Fax: 724-887-5301 |
| **Coroner / Deputy Information** ||
| Submitted by: | Steven M. Grabiak      Phone: 724--83-0-3636 |



# Bureau of Laboratories

110 Pickering Way
Exton, PA 19341-1310
Phone: (610)280-3464
Fax: (610)450-1932
CLIA #: 39D0709453

**Report Status:** Final  **Report Date:** 1/8/2021

## Submitter

Westmoreland County Coroner  **Phone:** (724) 830-3636
Attention: Kenneth A. Bacha  **Fax:** (724) 830-3064
2503 South Grande Boulevard
Greensburg, PA 15601-8902

## Copy To

PA Department of Transportation  **Phone:** (717) 787-2328
Bureau of Highway Safety & Traffic Engineering  PO Box 2047  **Fax:** (717) 525-5385
Harrisburg, PA 17105

## Victim Information

**Last Name:** Peterson  **Birth Date:**  **Address:**
**First Name:** Brandon  **Age:** 18 Years  **City:**
**Middle Name:** Christopher  **Sex:** Male  **County:**
**Patient ID:** 032907  **State:**
**Race:** White  **ZIP:**
**Role:** Pedestrian  **Phone:**

**Accident Date:** 12/22/2020  **Time:** 03:42 PM
**Date of Death:** 12/22/2020  **Time:** 05:00 PM

## Specimen Information

**Accession #:** C21000191  **Source:** Heart
**Internal #:**  **Description:**
**External #:** 032907  **Collection Date:** 12/22/2020  **Time:** 10:00 PM
**Event #:**  **Receipt Date:** 01/04/2021
**Agent Suspected:**  **Test Condition:** Postmortem
**Collected By:** Steven M. Grabiak
**Cause of Death:** Blunt Force Injuries d/t: Struck by motor vehicle
**County Where Accident Occurred:** Westmoreland

## Test Results

| Test | Method | Result |
|---|---|---|
| Bld Alcohol | Headspace/GC/FID | < 10 mg/dL |
| Tested by: Christopher Andrychowski | Test Date: 01/08/2021  Released by: David Fardig | Release Date: 01/08/2021 |

---

C21000191  **Victim:** Brandon Christopher Peterson  **External #:** 032907

Page 1 of 2

FSWTWD  PETERSON_CORONER REPORT_000003



**pennsylvania**
DEPARTMENT OF HEALTH

**Bureau of Laboratories**
110 Pickering Way
Exton, PA 19341-1310
Phone: (610)280-3464
Fax: (610)450-1932
CLIA #: 39D0709453

**Report Status:** Final            **Report Date:** 1/8/2021

| Test | Method | Result |
|---|---|---|
| PANEL: Drugs of Abuse in Blood Screen | | |
| Drug Screen Blood Amphetamine | ELISA | Negative |
| Drug Screen Blood Barbiturates | ELISA | Negative |
| Drug Screen Blood Benzodiazepines | ELISA | Negative |
| Drug Screen Blood Benzoylecgonine | ELISA | Negative |
| Drug Screen Blood Buprenorphine | ELISA | Negative |
| Drug Screen Blood MDMA | ELISA | Negative |
| Drug Screen Blood Methadone | ELISA | Negative |
| Drug Screen Blood Methamphetamine | ELISA | Negative |
| Drug Screen Blood Opiates | ELISA | Negative |
| Drug Screen Blood Phencyclidine (PCP) | ELISA | Negative |
| Drug Screen Blood THC | ELISA | Negative |
| Drug Screen Blood Tricyclic Antidepress | ELISA | Negative |
| Tested by: Lan Jr-Peng   Test Date: 01/08/2021 | Released by: David Fardig | Release Date: 01/08/2021 |