# EXHIBIT "C"

# ROBB LEONARD MULVIHILL
## ATTORNEYS AT LAW

March 9, 2023

**Mark A. Martini**
mmartini@rlmlawfirm.com

Edward Goldis, Esquire
Feldman Shepherd
1845 Walnut Street, 21st Floor
Philadelphia, PA 19103

        RE:   **Brandon C. Peterson**
                  **Our File No.: 22-27566MAM**

Dear Mr. Goldis:

     Please be advised that State Farm has provided me with authority to tender the $600,000.00 in Underinsured Motorist Coverage. Since this case involves a death, State Farm will require court approval of this settlement. Please confirm that you will proceed to obtain same. If you need anything additional from me, please let me know. Thank you.

                               Very truly yours,

                               /s/ *Mark A. Martini*

                               Mark A. Martini

MAM/mjd

Robb Leonard Mulvihill LLP • BNY Mellon Center • 500 Grant Street • Suite 2300 • Pittsburgh, Pennsylvania 15219
Phone 412-281-5431 • Fax 412-281-3711 • rlmlawfirm.com
Northern Regional Office • 724-779-5040