# EXHIBIT "E"

**Sheila Peterson as Admininstratrix of the Estate of Brandon Peterson v. Murrow's Transfer, et al.**

**United States District Court**
**Western District of Pennsylvania**

**TOTAL COSTS**

---

**Legal**

| | |
|---|---|
| Prothonotary | $628.57 |
| Prothonotary, Allegheny Subpoenas & Complaint | $290.00 |
| Sheriff Service | $106.22 |
| PA Western District Pro Hac Motions | $140.00 |
| Certificates of Standing | $200.00 |

$1,364.79

**Estate**

| | |
|---|---|
| Dilworth Paxson LLP | $1,608.46 |
| | $399.21 |

$2,007.67

**Records**

| | |
|---|---|
| Westmoreland County Coroner | $200.00 |
| Commonwealth of Pennsylvania, Police Report | $49.90 |
| Mutual Aid EMS | $30.30 |

$280.20

**Experts**

| | |
|---|---|
| Introtech, Inc. | $25,929.27 |
| Bunin Associates | $500.00 |
| Stopper | $17,177.30 |

$43,606.57

**Travel/Meals**

| | |
|---|---|
| 4/15/2021 Travel | $50.12 |

$50.12

### Investigation

| | |
|---|---|
| Accident Investigative Services, Inc. | $4,885.00 |
| Accuweather Report | $125.00 |
| Orlowski & Associates | $200.00 |
| Stumar Investigations | $1,600.00 |

$6,810.00

### Miscellaneous

| | |
|---|---|
| It's Done Courier | $675.00 |
| Federal Express | $404.34 |
| Penn Service, Inc. | $2,453.80 |
| ESI | $5,657.50 |
| Rob's Automotive | $1,450.00 |
| Photocopying, Parking & Postage | $6.15 |

$10,646.79

**TOTAL COSTS** $64,766.14