Peterson v. Murrow's Transfer, Inc., et al.
Civ. A. No. 23-136 (W.D. Pa.) (CCW)

SECOND AMENDED JOINT EXHIBIT LIST OF
FELDMAN SHEPHERD AND PLAINTIFF

| Ex. | Date and Time | Author(s) | Type of Document | Objection to Authenticity | Response to Objection | Objection to Admissibility | Response to Objection |
|---|---|---|---|---|---|---|---|
| FS-1 | 1/5/21 12:00 AM | Feldman Shepherd | CFA - Fully Signed | None | None | None | None |
| FS-2 | 1/8/21 12:00 AM | Alan M. Feldman | Letter | None | None | None | None |
| FS-3 | 3/4/21 12:00 AM | Daniel J. Mann | Letter | None | None | None | None |
| FS-4 | 3/4/21 5:46 PM | Edward S. Goldis, Kristen Behrens, Daniel J. Mann | Email Chain | None | None | None | None |
| FS-5 | 3/23/21 10:49 AM | Daniel J. Mann | Email (w/attach) | None | None | None | None |
| FS-6 | 3/23/21 12:00 AM | Daniel J. Mann | Letter | None | None | None | None |
| FS-7 | 3/29/21 3:33 PM | Daniel J. Mann, Edward S. Goldis, Mary Sutton | Email Chain (w/attach) | None | None | None | None |
| FS-8 | 4/7/21 12:26 PM | Daniel J. Mann | Email | None | None | None | None |
| FS-9 | 5/4/21 9:32 AM | Daniel J. Mann, Kristen Behrens | Email Chain | None | None | None | None |
| FS-10 | 5/5/21 9:15 AM | Daniel J. Mann, James Girman, Edward S. Goldis | Email Chain | None | None | None | None |
| FS-11 | 5/5/21 2:11 PM | Daniel J. Mann | Outlook Task | None | None | None | None |
| FS-12 | 5/5/21 11:07 AM | Daniel J. Mann, Alan M. Feldman | Email Chain | None | None | None | None |
| FS-13 | 5/5/21 5:51 PM | Daniel J. Mann | Email (w/attach) | None | None | None | None |
| FS-14 | 5/14/21 12:33 PM | Edward Koerper, Daniel J. Mann | Email Chain (w/attach) | None | None | None | None |
| FS-15 | 6/9/21 7:02 AM | Daniel J. Mann | Email | None | None | None | None |
| FS-16 | 6/9/21 7:34 PM | Sheila Peterson, Daniel J. Mann | Email Chain | None | None | None | None |
| FS-17 | 6/9/21 8:10 PM | Daniel J. Mann, Sheila Peterson | Email Chain | None | None | None | None |
| FS-18 | 6/14/21 2:45 PM | Daniel J. Mann, Sheila Peterson | Email Chain | None | None | None | None |
| FS-19 | 8/11/21 12:00 AM | John W. Peck, District Attorney | Letter | None | None | None | None |
| FS-20 | 9/8/21 5:15 PM | Edward S. Goldis | Email (w/attach) | None | None | None | None |
| FS-21 | 9/27/21 11:10 AM | Daniel J. Mann, Jenna L. Hough, Edward S. Goldis | Email Chain | None | None | None | None |
| FS-22 | 10/22/21 12:44 PM | Sheila Peterson | Email | None | None | None | None |
| FS-23 | 10/22/21 2:57 PM | Daniel J. Mann, Wanda Nesmith, Sheila Peterson | Email Chain | None | None | None | None |
| FS-24 | 10/25/21 11:13 AM | Daniel J. Mann, Wanda Nesmith, Sheila Peterson | Email Chain | None | None | None | None |
| FS-25 | 10/25/21 12:16 PM | Sheila Peterson, Daniel J. Mann, Wanda Nesmith | Email Chain | None | None | None | None |
| FS-26 | 10/25/21 1:11 PM | Daniel J. Mann, Sheila Peterson, Wanda Nesmith | Email Chain | None | None | None | None |
| FS-27 | 10/25/21 2:54 PM | Daniel J. Mann, Edward S. Goldis, Sheila Peterson | Email Chain | None | None | None | None |
| FS-28 | 11/11/21 10:48 AM | Daniel J. Mann, Edward S. Goldis | Email Chain | None | None | None | None |

Peterson v. Murrow's Transfer, Inc., et al.

Civ. A. No. 23-136 (W.D. Pa.) (CCW)

SECOND AMENDED JOINT EXHIBIT LIST OF

FELDMAN SHEPHERD AND PLAINTIFF

| Ex. | Date and Time | Author(s) | Type of Document | Objection to Authenticity | Response to Objection | Objection to Admissibility | Response to Objection |
|---|---|---|---|---|---|---|---|
| FS-29 | 11/17/21 10:09 AM | Daniel J. Mann, Edward Koerper, Edward S. Goldis | Email Chain | None | None | None | None |
| FS-30 | 1/28/22 12:00 AM | Edward S. Goldis | Letter | None | None | None | None |
| FS-31 | 9/11/22 8:40 PM | Daniel J. Mann, Alan M. Feldman, Edward S. Goldis | Email Chain | None | None | None | None |
| FS-32 | 11/1/22 12:00 AM | Orlowski and Associates | Asset Search Report | None | None | None | None |
| FS-33 | 11/1/22 12:00 AM | Orlowski and Associates | Invoice for Asset Report | None | None | None | None |
| FS-34 | 11/1/22 11:12 AM | Daniel J. Mann | Email (w/attach) | None | None | None | None |
| FS-35 | 11/1/22 11:39 AM | Jenna L. Hough, Daniel J. Mann | Email Chain | None | None | None | None |
| FS-36 | 11/1/22 4:37 PM | David Orlowski | Email | None | None | None | None |
| FS-37 | 11/2/22 4:52 PM | Daniel J. Mann, Jenna L. Hough | Email Chain | None | None | None | None |
| FS-38 | 12/13/22 12:00 AM | Edward S. Goldis | Letter | None | None | None | None |
| FS-39 | 12/13/22 3:27 PM | Cheryl Herling | Email (w/attach) | None | None | None | None |
| FS-40 | 12/14/22 1:32 PM | Daniel J. Mann, Edward S. Goldis | Email Chain | None | None | None | None |
| FS-41 | 12/20/22 3:07 PM | Sheila Peterson | Email | None | None | None | None |
| FS-42 | 1/9/23 12:00 AM | Edward S. Goldis | Letter | None | None | None | None |
| FS-43 | 2/13/23 12:31 PM | Daniel J. Mann | Email | None | None | None | None |
| FS-44 | 2/13/23 12:36 PM | Daniel J. Mann, Alan M. Feldman | Email Chain | None | None | None | None |
| FS-45 | 2/17/23 1:35 PM | Edward S. Goldis | Email | None | None | None | None |
| FS-46 | 2/17/23 11:29 AM | Daniel J. Mann, Cheryl Herling | Email Chain | None | None | None | None |
| FS-47 | 2/17/23 2:35 PM | Daniel J. Mann, Edward S. Goldis | Email Chain | None | None | None | None |
| FS-48 | 3/4/23 12:55 AM | Daniel J. Mann | Email | None | None | None | None |
| FS-49 | 3/7/23 12:00 AM | Daniel J. Mann | Draft Letter | None | None | None | None |
| FS-50 | 3/7/23 3:52 PM | Daniel J. Mann | Email | None | None | None | None |
| FS-51 | 3/7/23 3:52 PM | Daniel J. Mann | Email | None | None | None | None |
| FS-52 | 3/10/23 5:01 PM | FS File Room, Theresa Perri | Email Chain | None | None | None | None |
| FS-53 | 3/10/23 12:00 AM | Daniel J. Mann | Letter | None | None | None | None |
| FS-54 | 3/10/23 4:59 PM | Theresa Perri | Email (w/attach) | None | None | None | None |
| FS-55 | 3/9/23 12:00 AM | Mark A. Martini | Letter | None | None | None | None |
| FS-56 | 3/14/23 12:00 AM | Edward Goldis | Letter | None | None | None | None |
| FS-57 | 3/22/23 12:00 AM | Jenna L. Hough | Letter | None | None | None | None |
| FS-58 | 3/22/23 7:04 PM | Jenna L. Hough, Daniel J. Mann | Email Chain | None | None | None | None |
| FS-59 | 3/22/23 4:17 PM | Jenna L. Hough | Email (w/attach) | None | None | None | None |
| FS-60 | 3/31/23 12:00 AM | Jenna L. Hough | Letter | None | None | None | None |
| FS-61 | 3/31/23 1:33 PM | Jenna L. Hough | Email (w/attach) | None | None | None | None |
| FS-62 | 4/2/23 9:17 AM | Daniel J. Mann, Edward S. Goldis | Email Chain | None | None | None | None |
| FS-63 | 4/12/23 3:49 PM | Daniel J. Mann | Outlook Task | None | None | None | None |

Peterson v. Murrow's Transfer, Inc., et al.

Civ. A. No. 23-136 (W.D. Pa.) (CCW)

SECOND AMENDED JOINT EXHIBIT LIST OF

FELDMAN SHEPHERD AND PLAINTIFF

| Ex. | Date and Time | Author(s) | Type of Document | Objection to Authenticity | Response to Objection | Objection to Admissibility | Response to Objection |
|---|---|---|---|---|---|---|---|
| FS-64 | 4/14/23 10:50 AM | Daniel J. Mann | Email | None | None | None | None |
| FS-65 | 4/18/23 1:19 PM | Daniel J. Mann, Edward S. Goldis | Email Chain | None | None | None | None |
| FS-66 | 4/19/23 3:57 PM | Daniel J. Mann, Edward S. Goldis | Email Chain | None | None | None | None |
| FS-67 | 4/21/23 5:51 PM | Daniel J. Mann, Edward S. Goldis | Email Chain | None | None | None | None |
| FS-68 | 5/31/23 12:00 AM | Daniel J. Mann | Letter | None | None | None | None |
| FS-69 | 5/31/23 12:00 AM | Edward S. Goldis | Letter | None | None | None | None |
| FS-70 | 5/31/23 4:49 PM | Daniel J. Mann | Email (w/attach) | None | None | None | None |
| FS-71 | 6/1/23 8:10 AM | Theresa Perri, Daniel J. Mann | Email Chain | None | None | None | None |
| FS-72 | 6/1/23 5:27 PM | Mail Delivery System | Email | None | None | None | None |
| FS-73 | 6/5/23 7:55 PM | Daniel J. Mann | Outlook Task | None | None | None | None |
| FS-74 | 6/12/23 12:00 AM | PA Department of Revenue | Letter | None | None | None | None |
| FS-75 | 6/30/23 5:54 PM | Mail Delivery System | Email | None | None | None | None |
| FS-76 | 7/25/23 12:00 AM | Alan M. Feldman | Letter | None | None | None | None |
| FS-77 | 7/25/23 3:45 PM | Cheryl Herling | Email (w/attach) | None | None | None | None |
| FS-78 | 7/25/23 7:55 PM | FS File Room | FedEx Label | None | None | None | None |
| FS-79 | 7/26/23 5:17 PM | Cheryl Herling | Email (w/attach) | None | None | None | None |
| FS-80 | 7/27/23 12:00 AM | Alan M. Feldman | Letter | None | None | None | None |
| FS-81 | 7/27/23 7:25 PM | Cheryl Herling | Email (w/attach) | None | None | None | None |
| FS-82 | 8/4/23 11:00 PM | Sheila Peterson | Email | None | None | None | None |
| FS-83 | 8/5/23 8:33 AM | Edward S. Goldis, Daniel J. Mann, Sheila Peterson | Email Chain | None | None | None | None |
| FS-84 | 8/7/23 8:41 AM | Sheila Peterson | Email | None | None | None | None |
| FS-85 | 8/8/23 5:56 PM | Alan M. Feldman | Email | None | None | None | None |
| FS-86 | 8/8/23 7:37 PM | Sheila Peterson, Alan M. Feldman | Email Chain | None | None | None | None |
| FS-87 | 8/10/23 8:41 AM | Mark A. Martini, Edward S. Goldis | Email Chain | None | None | None | None |
| FS-88 | 8/10/23 1:29 PM | Sheila Peterson | Email | None | None | None | None |
| FS-89 | 8/10/23 2:31 PM | Daniel J. Mann, Sheila Peterson | Email Chain | None | None | None | None |
| FS-90 | 8/10/23 2:53 PM | Sheila Peterson, Daniel J. Mann | Email Chain | None | None | None | None |
| FS-91 | 8/10/23 2:58 PM | Daniel J. Mann, Sheila Peterson | Email Chain | None | None | None | None |
| FS-92 | 8/10/23 3:13 PM | Sheila Peterson, Daniel J. Mann | Email Chain | None | None | None | None |
| FS-93 | 8/10/23 3:38 PM | Sheila Peterson | Email | None | None | None | None |
| FS-94 | 8/10/23 3:43 PM | Daniel J. Mann, Sheila Peterson | Email Chain | None | None | None | None |
| FS-95 | 8/10/23 3:43 PM | Sheila Peterson | Email | None | None | None | None |
| FS-96 | 8/10/23 12:00 AM | Edward S. Goldis | Memo | None | None | None | None |
| FS-97 | 8/10/23 4:12 PM | Daniel J. Mann, Sheila Peterson | Email Chain | None | None | None | None |
| FS-98 | 8/10/23 4:38 PM | Sheila Peterson, Daniel J. Mann | Email Chain | None | None | None | None |
| FS-99 | 8/10/23 4:57 PM | Daniel J. Mann, Sheila Peterson | Email Chain | None | None | None | None |

Peterson v. Murrow's Transfer, Inc., et al.
Civ. A. No. 23-136 (W.D. Pa.) (CCW)

SECOND AMENDED JOINT EXHIBIT LIST OF
FELDMAN SHEPHERD AND PLAINTIFF

| Ex. | Date and Time | Author(s) | Type of Document | Objection to Authenticity | Response to Objection | Objection to Admissibility | Response to Objection |
|---|---|---|---|---|---|---|---|
| FS-100 | 8/10/23 5:18 PM | Sheila Peterson, Daniel J. Mann | Email Chain | None | None | None | None |
| FS-101 | 8/10/23 5:35 PM | Daniel J. Mann, Sheila Peterson | Email Chain | None | None | None | None |
| FS-102 | 8/10/23 7:09 PM | Sheila Peterson | Email | None | None | None | None |
| FS-103 | 8/10/23 9:30 PM | Sheila Peterson | Email | None | None | None | None |
| FS-104 | 8/10/23 10:13 PM | Daniel J. Mann, Sheila Peterson | Email Chain | None | None | None | None |
| FS-105 | 8/11/23 8:25 AM | Alan M. Feldman, Edward S. Goldis, James Girman | Email Chain | None | None | None | None |
| FS-106 | 8/11/23 10:33 AM | Edward S. Goldis, James Girman, Chambers | Email Chain | None | None | None | None |
| FS-107 | 8/11/23 12:00 AM | Edward S. Goldis | Letter | None | None | None | None |
| FS-108 | 8/11/23 3:54 PM | Cheryl Herling | Email (w/attach) | None | None | None | None |
| FS-109 | 8/15/23 11:18 AM | Sheila Peterson | Email | None | None | None | None |
| FS-110 | 8/15/23 12:46 PM | Daniel J. Mann, Sheila Peterson | Email Chain | None | None | None | None |
| FS-111 | 8/15/23 1:03 PM | Daniel J. Mann, Sheila Peterson | Email Chain | None | None | None | None |
| FS-112 | 8/15/23 2:53 PM | Daniel J. Mann, Sheila Peterson | Email Chain | None | None | None | None |
| FS-113 | 8/15/23 2:56 PM | Daniel J. Mann, Theresa Perri | Email Chain | None | None | None | None |
| FS-114 | 8/20/23 4:40 PM | Sheila Peterson | Email | None | None | None | None |
| FS-115 | March-July 2023 | E. Goldis, D. Mann, B. Peterson | Text Messages | None | None | None | None |
| FS-116 | May 2021-Aug. 2023 | E. Goldis, D. Mann, S. Peterson, B. Peterson | Text Messages | None | None | None | None |
| FS-117 | Jan. 2021-April 2023 | E. Goldis, B. Peterson | Text Messages | None | None | None | None |
| FS-118 | 3/22/23 12:00 AM | Jenna L. Hough | Letter (w/encl) | None | None | None | None |
| FS-119 | March 2021-March 2021 | E. Goldis, D. Mann, A. Feldman, S. Peterson, B. Peterson | Text Messages | None | None | None | None |
| FS-120 | Feb. 2023-March 2023 | E. Goldis, D. Mann, B. Peterson | Text Messages | None | None | None | None |
| FS-121 | March 2021-Jan. 2022 | E. Goldis, S. Peterson | Text Messages | None | None | None | None |
| FS-122 | 5/2/23 12:00 AM | E. Goldis, J. Hough, B. Peterson | Text Messages | None | None | None | None |
| FS-123 | | Edward S. Goldis | Cell Phone Logs | None | None | None | None |
| FS-124 | | T-Mobile | Cell Phone Logs | None | None | None | None |
| FS-125 | | T-Mobile | Cell Phone Logs | None | None | None | None |
| FS-126 | | Feldman Shepherd | Office Phone Log | None | None | None | None |
| FS-127 | 12/19/23 12:00 AM | Sheila Peterson and Brook Peterson | Peterson Discovery Responses | None | None | None | None |
| FS-128 | 3/10/23 12:00 AM | Theresa Perri | Screenshot - Email (partial) | None | None | None | None |
| FS-129 | 6/12/23 12:00 AM | PA Department of Revenue | Screenshot - Letter (partial) | None | None | None | None |
| FS-130 | 3/10/23 12:00 AM | Daniel J. Mann | Screenshot - Letter (partial) | None | None | None | None |
| FS-131 | 4/28/23 12:00 AM | Jenna L. Hough | Screenshot - Text | None | None | None | None |
| FS-132 | 4/12/23 12:00 AM | Brook Peterson | Screenshot - Text | None | None | None | None |
| FS-133 | Unknown | Jenna L. Hough | Screenshot - Email (partial) | None | None | None | None |

Peterson v. Murrow's Transfer, Inc., et al.
Civ. A. No. 23-136 (W.D. Pa.) (CCW)

SECOND AMENDED JOINT EXHIBIT LIST OF
FELDMAN SHEPHERD AND PLAINTIFF

| Ex. | Date and Time | Author(s) | Type of Document | Objection to Authenticity | Response to Objection | Objection to Admissibility | Response to Objection |
|---|---|---|---|---|---|---|---|
| FS-134 | 12/13/22 12:00 AM | Cheryl Herling | Screenshot - Email (partial) | None | None | None | None |
| FS-135 | 3/4/21 12:00 AM | Cheryl Herling | Screenshot - Email (partial) | None | None | None | None |
| FS-136 | 3/22/23 12:00 AM | Jenna L. Hough | Screenshot - Email (partial) | None | None | None | None |
| FS-137 | 8/15/22 12:00 AM | Sheila Peterson, Brook Peterson | Screenshot - Texts | None | None | None | None |
| FS-138 | 6/21/22 12:00 AM | Sheila Peterson, Brook Peterson | Screenshot - Texts | None | None | None | None |
| FS-139 | 2/8/23 12:00 AM | Sheila Peterson, Brook Peterson | Screenshot - Texts | None | None | None | None |
| FS-140 | 3/5/23 12:00 AM | Sheila Peterson, Brook Peterson | Screenshot - Texts | None | None | None | None |
| FS-141 | 3/5/23 12:00 AM | Sheila Peterson, Brook Peterson | Screenshot - Texts | None | None | None | None |
| FS-142 | 4/12/23 12:00 AM | Brook Peterson | Screenshot - Text | None | None | None | None |
| FS-143 | 4/12/23 12:00 AM | Brook Peterson | Screenshot - Texts (partial) | None | None | None | None |
| FS-144 | 4/25/23 12:00 AM | Sheila Peterson | Facebook Post | None | None | None | None |
| FS-145 | 8/10/23 12:00 AM | Sheila Peterson | Facebook Post | None | None | None | None |
| FS-146 | 1/3/21 12:00 AM | Alan Feldman, Sheila Peterson | Screenshot - Text | None | None | None | None |
| FS-147 | 1/4/21/-1/5/21 12:00 AM | Alan Feldman, Sheila Peterson | Screenshot - Texts | None | None | None | None |
| FS-148 | 8/21/23 12:00 AM | Sheila Peterson | Affidavit | None | None | None | None |
| FS-149 | October-23 | Sheila Peterson | Affidavit | None | None | None | None |
| FS-150 | 10/17/23 12:00 AM | Brook Peterson | Affidavit | None | None | None | None |
| FS-151 | 12/13/23 12:00 AM | Ryan H. James | Report | None | None | None | None |
| FS-152 | 8/25/23 12:00 AM | | Peterson Cell Logs - Modified by Goldleaf | None | None | None | None |
| FS-153 | Dec 2022-March 2023 | Cheryl Herling, Jenna L. Hough, Theresa Perri | Compilation of Screenshots of Emails in Sheila Peterson Gmail Account (partial) | None | None | None | None |
| FS-154 | 5/2/23 12:00 AM | Sheila Peterson | Facebook Post | None | None | None | None |
| FS-155 | 8/14/23 4:41 PM | Alan M. Feldman, Edward Ciarimboli | Email Chain | None | None | None | None |
| | | | | | | | |

Peterson v. Murrow's Transfer, Inc., et al.
Civ. A. No. 23-136 (W.D. Pa.) (CCW)

SECOND AMENDED JOINT EXHIBIT LIST OF
FELDMAN SHEPHERD AND PLAINTIFF

| Ex. | Date and Time | Author(s) | Type of Document | Objection to Authenticity | Response to Objection | Objection to Admissibility | Response to Objection |
|---|---|---|---|---|---|---|---|
| FS-500 | Feldman Shepherd Client File - produced on 10/3/23 | | | Basis: FRE 901-902, 1001-1008.. Argument: Reference to the Client File is overly broad and vague. Plaintiff reserves all objections to authenticity at time of hearing, and more generally objects to inclusion of any additional exhibits unless entered by agreement or leave of court. | Feldman Shepherd designated the client file that it produced to the Petersons on October 3, 2023 as a "catch-all" exhibit in the event that there are one or more documents in the file that may need to be introduced for purposes of rebuttal, impeachment or otherwise.  This exhibit has appeared on Feldman Shepherd's exhibit list since it was first filed on January 14, 2024 and Plaintiff is raising this objection for the first time on January 22, 2024. | Basis: FRE 401-408, 501-502, 608, 801. Argument: Reference to the Client File is overly broad and vague. Plaintiff reserves all objections to admissibility at time of hearing, and more generally objects to inclusion of any additional exhibits unless entered by agreement or leave of court. | Feldman Shepherd designated the client file that it produced to the Petersons on October 3, 2023 as a "catch-all" exhibit in the event that there are one or more documents in the file that may need to be introduced for purposes of rebuttal, impeachment or otherwise.  This exhibit has appeared on Feldman Shepherd's exhibit list since it wsa first filed on January 14, 2024 and Plaintiff is raising this objection for the first time on January 22, 2024. |
| | | | | | | | |

Peterson v. Murrow's Transfer, Inc., et al.

Civ. A. No. 23-136 (W.D. Pa.) (CCW)

SECOND AMENDED JOINT EXHIBIT LIST OF
FELDMAN SHEPHERD AND PLAINTIFF

| Ex. | Date and Time | Author(s) | Type of Document | Objection to Authenticity | Response to Objection | Objection to Admissibility | Response to Objection |
|---|---|---|---|---|---|---|---|
| FS-900 | | Feldman Shepherd Emails (including internal emails and attorney work product) - produced on 10/6/23 | | Basis: FRE 901-902, 1001-1008.. Argument: Reference to internal emails and attorney work product is overly broad and vague. Plaintiff reserves all objections to authenticity at time of hearing, and more generally objects to inclusion of any additional exhibits unless entered by agreement or leave of court. | Feldman Shepherd designated the client file that it produced to the Petersons on October 3, 2023 as a "catch-all" exhibit in the event that there are one or more documents in the file that may need to be introduced for purposes of rebuttal, impeachment or otherwise.  This exhibit has appeared on Feldman Shepherd's exhibit list since it wsa first filed on January 14, 2024 and Plaintiff is raising this objection for the first time on January 22, 2024. | Basis: FRE 401-408, 501-502, 608, 801. Argument: Reference to internal emails and attorney work product is overly broad and vague. Plaintiff reserves all objections to admissibility at time of hearing, and more generally objects to inclusion of any additional exhibits unless entered by agreement or leave of court. | Feldman Shepherd designated the client file that it produced to the Petersons on October 3, 2023 as a "catch-all" exhibit in the event that there are one or more documents in the file that may need to be introduced for purposes of rebuttal, impeachment or otherwise.  This exhibit has appeared on Feldman Shepherd's exhibit list since it was first filed on January 14, 2024 and Plaintiff is raising this objection for the first time on January 22, 2024. |
| A | 1/5/20 12:00 AM | Alan M. Shepherd, Brook Peterson, Sheila Peterson | Feldman Shepherd Contingent Fee Agreement | None | None | None | None |
| B | 4/10/23 12:16 PM | Daniel J Mann, Edward S. Goldis | Text Messages | None | None | None | None |
| C | 8/4/23 11:00 AM | Sheila Peterson | Email Chain | None | None | None | None |

Peterson v. Murrow's Transfer, Inc., et al.
Civ. A. No. 23-136 (W.D. Pa.) (CCW)

SECOND AMENDED JOINT EXHIBIT LIST OF
FELDMAN SHEPHERD AND PLAINTIFF

| Ex. | Date and Time | Author(s) | Type of Document | Objection to Authenticity | Response to Objection | Objection to Admissibility | Response to Objection |
|---|---|---|---|---|---|---|---|
| D | 11/22/21 12:00 AM | Daniel J. Mann | Letter - Renunciation and Death Certicicate | None | None | Basis: FRE 401 and 402.<br><br>Argument: Brook Peterson's renunciation and Brandon Peterson's death certificate are not relevant to the issues of (i) whether Feldman Shepherd had Sheila Peterson's express authority to send the policy limits demand letter to Defendants, (ii) whether Sheila Peterson ratified Feldman Shepherd's authority by not objecting to the demand letter or the settlement in a timely manner, or (iii) whether the Petersons are contractually obligated to pay a contingent fee to Feldman Shepherd that is equal to 37.5% of the net settlement proceeds recovered by Feldman Shepherd ($2.6MM)( (collectively, the "Issues to be Decided") and is, therefore, inadmissible. | Basis: F.R.E. 401,402,404,608.<br><br>Argument: Disagreed, this document is probative as to who had authority to interact with Feldman Shepherd and on what matters; Brook Peterson signed the first representation agreement with Feldman Shepherd, but not the amended agreement signed by Allan Feldman.  The estate was not created at the time of execution, Sheila Peterson was later appointned as administratrix, not Brook Peterson.  Feldman Shepherd directed communications to Brook Peterson regarding Estate matters post renunciaation, and settlement athority matters. Additional issues of who had authority, to consent to FS, who communications should have been directed to, who could grant authority to settle, absense of mistatke, relates to showing Peterson's case argument as more probable and FS as less probable. |

Peterson v. Murrow's Transfer, Inc., et al.
Civ. A. No. 23-136 (W.D. Pa.) (CCW)

SECOND AMENDED JOINT EXHIBIT LIST OF
FELDMAN SHEPHERD AND PLAINTIFF

| Ex. | Date and Time | Author(s) | Type of Document | Objection to Authenticity | Response to Objection | Objection to Admissibility | Response to Objection |
|---|---|---|---|---|---|---|---|
| E | 11/18/21 10:32 AM | Wanda Brown Nesmith, Daniel J. Mann, Edward S. Goldis | Email Chain | None | None | Basis: FRE 401 and 402.<br><br>Argument: Feldman Shepherd's internal emails from November 2021 regarding Sheila Peterson's visit to Feldman Shepherd's office, Sheila Peterson's delivery of Brandon Peterson's cell phone and chain of custody issues concerning the cell phone are not relevant to the Issues to be Decided and are, therefore, inadmissible. | Basis: F.R.E. 401,402,404,608.<br><br>Argument: Disagreed, Feldman Shepherd identifies the Petersons as uncooperating clients; this email(s) relates to meetings with her whereby policies and facts were known to firm, but not relayed to client, which is probative to settlement, and relations regard settlement, fees, and ability to ratify agreement.  Also, Mr. Mann and others in exhibit are a point of contact regarding infrequent in person, and otherwise communications, relates to important facts of consequence, communications and treatment of Petersons case, absense of mistake, relates to showing Peterson's case argument as more probable and FS as less probable. |

Peterson v. Murrow's Transfer, Inc., et al.
Civ. A. No. 23-136 (W.D. Pa.) (CCW)

SECOND AMENDED JOINT EXHIBIT LIST OF
FELDMAN SHEPHERD AND PLAINTIFF

| Ex. | Date and Time | Author(s) | Type of Document | Objection to Authenticity | Response to Objection | Objection to Admissibility | Response to Objection |
|---|---|---|---|---|---|---|---|
| F | 3/4/21 12:00 AM | Daniel J. Mann | Letter - Records Authorization | None | None | Basis: FRE 401 and 402.<br><br>Argument:  Daniel Mann's letter to Sheila Peterson in March 2021 enclosing six (6) blank authorizations for the release of Brandon Peterson's employment, academic and medical records and requesting that Sheila Peterson sign but not date the authorizations are not relevant to the Issues to be Decided and are, therefore, inadmissible. | Basis:  F.R.E. 401,402,404, 608.<br><br>Argument: Disagreed, this document is probative as to when signature(s) was/were obtained by firm, which stated valid for one year on date of signature, this same signature was later used post expiration without consent or knowledge of client on documents re. gov. entities stating settlement reached; whereby failure to communicate with client for updated signatures avoided options for settlement discussions, for express authority or ratification, approval, ratification matters; and  document relates to signature request, authorizations, authority to settle, issue of consent or no consent, issue of client signature duplication to avoid client contacts or communication, valid consent issue, regarding requests to client as release request, absense of mistake, relates to important facts of consequence, communications and treatment of Petersons case relates to showing Peterson's case argument as more probable and FS as less probable. |
| G | 4/10/23 12:16 AM | Daniel J Mann, Brook Peterson, Edward S. Goldis | Text Messages | None | None | None | None |
| H | 1/18/21 2:05 PM | Ed Goldis, Brook Peterson | Text Messages | None | None | None | None |
| I | 5/13/21 4:29 PM | Sheila Peterson, Daniel J. Mann, Brook Peterson, Edward S. Goldis | Text Messages | None | None | None | None |

Peterson v. Murrow's Transfer, Inc., et al.
Civ. A. No. 23-136 (W.D. Pa.) (CCW)

SECOND AMENDED JOINT EXHIBIT LIST OF
FELDMAN SHEPHERD AND PLAINTIFF

| Ex. | Date and Time | Author(s) | Type of Document | Objection to Authenticity | Response to Objection | Objection to Admissibility | Response to Objection |
|---|---|---|---|---|---|---|---|
| J | 12/22/20 12:00 AM | Sheila Peterson | Authorizations | None | None | Basis: FRE 401 and 402.<br><br>Argument: A compilation of various authorizations signed by Sheila Peterson and dated variously is not relevant to the Issues to be Decided and is, therefore, inadmissible. | Basis: F.R.E. 401,402,404,608.<br><br>Argument: Disagreed, this exhibit demonstrates re-use of client signatures without knowledge and or consent of clients, firm cut and paste or similar fashion of client signature duplication, avoided contacts with client, issues of notice for consent to settle, ratification matters, and lack of mistake of firm, again, probative to and relates to signature request, authorization, issue of consent or no consent to settlement; issue of client signature duplication avoidance of client contacts or communication, inability to ratify, valid consent issue, relates to important facts of consequence, communications and treatment of Petersons case, absense of mistake, relates to showing Peterson's case argument as more probable and FS as less probable. |
| K | 3/22/24 5:19 PM | Jenna Hough, Edward S. Goldis | Text Messages | None | None | None | None |
| L | 3/15/22 3:14 PM | Wanda Brown Nesmith | Email with No Attachment | None | None | Basis: FRE 401 and 402.<br><br>Argument: A Feldman Shepherd internal email regarding the receipt of an ambulance bill in March 2022 regarding transport on the day of Brandon Peterson's accident is not relevant to the Issues to be Decided and is, therefore, inadmissible.<br><br>NOTE - Mr. Thiele has agreed to strike this exhibit but it continues to appear on Plaintiff's exhibit list. | Basis: F.R.E. 401,402,404,608.<br><br>Argument: Disagreed, probative and relates to important facts of paralegal for firm corresponding with Petersons, both Brook and Sheila regarding matters of consequence, to whom consent could have been conveyed, or action for ratification, and regardidng relates to Petersons having been identified as uncooperative clients, and shows who at firm was comunicating with clients, communications and treatment of Petersons case relates to showing Peterson's case argument as more probable and FS as less probable. |

Peterson v. Murrow's Transfer, Inc., et al.
Civ. A. No. 23-136 (W.D. Pa.) (CCW)

SECOND AMENDED JOINT EXHIBIT LIST OF
FELDMAN SHEPHERD AND PLAINTIFF

| Ex. | Date and Time | Author(s) | Type of Document | Objection to Authenticity | Response to Objection | Objection to Admissibility | Response to Objection |
|---|---|---|---|---|---|---|---|
| M | 8/31/23 4:19 PM | Edward S. Goldis, Jim Girman | Email Chain | None | None | Basis: FRE 401 and 402.<br><br>Argument:  This is a compilation of documents regarding defendant, Murrow's Transfer, Inc.'s Rule 26 initial disclosures in this action, written discovery in this action and insurance coverage documents. Feldman Shepherd objects to the entirety of this exhibit *except for*  the insurance-related affidavit and coverage documents, as well as the policy limits demand letter.  The discovery and Rule 26 disclosures are not relevant to the Issues to be Decided and are, therefore, inadmissible. | Basis: F.R.E. 401,402,404,608.<br><br>Argument: Disagreed, exhibit shows negotatioins for ability for firm to publish results of case for benefit of firm, failure of disclosure to client regarding matters that would have enabled clients to protest settlement, issues of ratification, and lack of mistake of firm,  material settlement matters,probative to dates of notice, communications with Petersons, dishonest and or unrevealing client communications regarding settlement notice, etc., relates to important facts of consequence, communications and treatment of Petersons case relates to showing Peterson's case argument as more probable and FS as less probable. |
| N | 8/15/23 2:57 PM | Edward S. Goldis, Theresa Perri, | Email Chain | None | None | None | None |
| O | 3/14/22 12:54 AM | Cheryl Herling | Feldman Shepherd File Memorandum | None | None | Basis: FRE 401 and 402.<br><br>Argument:  A memorandum from Daniel Mann to the file - in March 2022 - regarding a telephone conversation between Mr. Mann and Edward Ciarimboli, Esquire regarding Murrow's Transfer and the potential use of transportation brokers is not relevant to the Issues to be Decided and is, therefore, inadmissible. | Basis:  F.R.E. 401,402, 404,608.<br><br>Argument: Disagreed, probative to important client communications, matters regarding settlement, other attorney outside firm who had contacts with Mrs. Peterson about defedants, issues of consent for settlement matters material an probative as to why Peterson case settled, and clients told essentially forced to settle by court, lack of mistake, facts for decisions to settle, knowledge of case to give informed consent, and relates to important facts of consequence, communications and treatment of Petersons case, absense of mistake, relates to showing Peterson's case argument as more probable and FS as less probable. |

Peterson v. Murrow's Transfer, Inc., et al.
Civ. A. No. 23-136 (W.D. Pa.) (CCW)

SECOND AMENDED JOINT EXHIBIT LIST OF
FELDMAN SHEPHERD AND PLAINTIFF

| Ex. | Date and Time | Author(s) | Type of Document | Objection to Authenticity | Response to Objection | Objection to Admissibility | Response to Objection |
|---|---|---|---|---|---|---|---|
| P | 4/7/23 10:37 AM | Edward S. Goldis, Cheryl Herling, Jim Girman | Email Chain | None | None | None | None |
| Q | 9/27/22 12:00 AM | David Orlowski | Orlowski Asset Search | None | None | Basis:  FRE 401 and 402.<br><br>Argument:  An introductory letter from Orlowski and Associates to Feldman Shepherd in September 2022 and an asset search report prepared by Orlowski and Associates regarding Murrow's Transfer in November 2022 are not relevant to the Issues to be Decided and are, therefore, inadmissible. | Basis: F.R.E. 401,402,,404, 608<br><br>Argument: Disagreed, probative to defendant in case valuation issues as relates to ability to give consent, inability to ratify, failure to communicate or inform client of defendant's ability to satisfy judgments, issues of ratification, lack of mistake in not sharing material information with clients, critical material and probative basic information needed for client consent, for express authority, relates to important required, and or needed information to client, and lack thereof disclosures to client regarding settlement, consent to settle, case valuation, authority to settle, and relates to showing Peterson's case argument as more probable and FS as less probable. |
| R | 8/11/23 1:14 PM | Daniel J Mann, Edward S. Goldis, Cheryl Herling | Email Chain | None | None | None | None |
| S | 4/18/23 5:15 PM | Daniel J Mann,  Edward S Goldis, Wanda Brown Nesmith | Email Chain | None | None | None | None |
| T | 4/19/23 4:04 PM | Daniel J Mann, Wanda Brown Nesmith, Edward S Goldis | Email Chain | None | None | None | None |

Peterson v. Murrow's Transfer, Inc., et al.
Civ. A. No. 23-136 (W.D. Pa.) (CCW)

SECOND AMENDED JOINT EXHIBIT LIST OF
FELDMAN SHEPHERD AND PLAINTIFF

| Ex. | Date and Time | Author(s) | Type of Document | Objection to Authenticity | Response to Objection | Objection to Admissibility | Response to Objection |
|---|---|---|---|---|---|---|---|
| U | 3/10/23 4:13 PM | Daniel J Mann, Wanda Brown Nesmith, Theresa Perri | Email Chain | None | None | Basis: FRE 401 and 402.<br><br>Argument: Feldman Shepherd's internal emails regarding the fact that a legal assistant inadvertently sent the March 10, 2023 policy limits demand letter to James Girman, Esquire with certain highlighting in the letter is not relevant to the Issues to be Decided and is, therefore, inadmissible.<br><br>This email chain also identifies by name a different Feldman Shepherd client. | Basis: F.R.E. 401,402,404,608.<br><br>Argument: Disagreed, relates to FS employees and or partners communicating with clients, on important date of attestations to client about future mailing, yet documents were/may have been maile to opposing parties same time, issues of failure to communicate with client for ability for consent, or ratify, issues of express authority, or ratification, ability to consent, express authority matters, relates to important facts of consequence, communications and treament of Petersons case relates to showing Peterson's case argument as more probable and FS as less probable. |
| V | 3/2/21 3:35 PM | Cheryl Herling | Email Chain | None | None | Basis: FRE 401 and 402.<br><br>Argument: An email to a Feldman Shepherd investigator - in March 2021 - that attaches an authorization to permit the release of the Coroner's report is not relevant to the Issues to be Decided and is, therefore, inadmissible. | Basis: F.R.E. 401,402,404,608.<br><br>Argument: Disagreed, probative to needed client communications, dates of communications for approvals of actions, and shows client signature that was re-used by FS, consent matters, and used with mistatement of approval, and or ratification, improper re-use of signature as latter related to communications about settlement, to gov. entities, etc., absense of mistake, relates to important facts of consequence, communications and treatment of Petersons case, relates to showing Peterson's case argument as more probable and FS as less probable. |

Peterson v. Murrow's Transfer, Inc., et al.
Civ. A. No. 23-136 (W.D. Pa.) (CCW)

SECOND AMENDED JOINT EXHIBIT LIST OF
FELDMAN SHEPHERD AND PLAINTIFF

| Ex. | Date and Time | Author(s) | Type of Document | Objection to Authenticity | Response to Objection | Objection to Admissibility | Response to Objection |
|---|---|---|---|---|---|---|---|
| W | | | Murrow's Corporate Documents | None | None | Basis: FRE 401 and 402.<br><br>Argument: A compilation of corporate formation and related documents regarding defendant, Murrow's Transfer, Inc., is not relevant to the Issues to be Decided and is, therefore, inadmissible. | Basis: F.R.E. 401,402,404,608<br><br>Argument: Disagreed, probative to who client would be consenting to release, relates to corp. defendant, and parties to settlement, failure to obtain consent, and or mistatements regarding settlement to client, and who not, and how and when to release, needed for authority, and probative to important facts of consequence, communications and treatment of Petersons case, absense of mistake, relates to showing Peterson's case argument as more probable and FS as less probable. |
| X | 3/2/21 10:32 AM | Cheryl Herling, Daniel J. Mann, Wanda Brown Nesmith, Ed Koerper | Email Chain | None | None | Basis: FRE 401 and 402.<br><br>Argument: An email chain regarding information concerning defendant, Logan Denny in January 2021, Feldman Shepherd's receipt of the PA State Police Crash Report in January 2021, correspondence regarding accident-related information, a discussion of Feldman Shepherd's investigator securing a copy of the coroner's report and photos in March 2021, and internal emails at Feldman Shepherd stating that there are no signed authorizations in the file in March 2021 are not relevant to the Issues to be Decided and are, therefore, inadmissible. | Basis: F.R.E. 401,402,404,608<br><br>Argument: Disagreed, probative to need and or required client communications, client communications required for consent, later relates to final settlement, and lack of authority, as relates to not giving consent for settlement, and ratification matters, who and what client, and authority for decisions, important dates as relates to important facts of consequence, absense of mistake, communications and treament of Petersons case relates to showing Peterson's case argument as more probable and FS as less probable. |
| Y | 7/27/23 12:00 AM | Alan M. Feldman | Letter | None | None | None | None |
| Z | 6/14/23 11:29 AM | Daniel J. Mann, Theresa Perri | Email Chain | None | None | None | None |
| AA | 4/7/23 11:09 AM | Jim Girman, Edward S. Goldis, Daniel J. Mann | Email Chain | None | None | None | None |
| BB | 4/6/23 11:14 AM | Edward S. Goldis, Daniel J. Mann | Email Chain | None | None | None | None |

Peterson v. Murrow's Transfer, Inc., et al.
Civ. A. No. 23-136 (W.D. Pa.) (CCW)

SECOND AMENDED JOINT EXHIBIT LIST OF
FELDMAN SHEPHERD AND PLAINTIFF

| Ex. | Date and Time | Author(s) | Type of Document | Objection to Authenticity | Response to Objection | Objection to Admissibility | Response to Objection |
|---|---|---|---|---|---|---|---|
| CC | 3/9/23 12:00 AM | | Stipulation Selecting ADR Process | None | None | Basis: FRE 401 and 402.<br><br>Argument: An as-filed copy of the Court's Stipulation Selecting ADR Process, which was filed on March 9, 2023, is not relevant to the Issues to be Decided and is, therefore, inadmissible. | Basis: F.R.E. 401,402,404,608<br><br>Argument: Disagreed, probative to client communications, and lack thereof regarding consent authority, information needed to give consent to settle, issues of no express authority, clients had no knowledge of material facts, knowledge and information required for client decisions, relates to important facts of consequence, absense of mistake, communications and treatment of Petersons caserelates to showing Peterson's case argument as more probable and FS as less probable. |
| DD | 7/28/23 9:29 AM | Edward S. Goldis, Jenna Hough | Email Chain | None | None | None | None |
| EE | 12/23/21 10:58 AM | Edward Ciarimboli | Email | None | None | Basis: FRE 401 and 402.<br><br>Argument: An email from Edward Ciarimboli, Esquire to Alan Feldman - in December 2021 - attaching a "CAB Report" [Central Analysis Bureau Report] on Murrow's Transfer - is not relevant to the Issues to be Decided and is, therefore, inadmissible. | Basis: F.R.E. 401,402,404,608<br><br>Argument: Disagreed, probative to client information, ability to consent, case valuation, and relations of outside and current firm, ability to give consent, and contacts with outside firm to address with current firm about statement in March 10 letter, requirements to settle, question of ratification, when and with what requisite of information for ability to consent or release parties, what parties, etc., relates to important facts of consequence, communications and treatment of Petersons case relates to showing Peterson's case argument as more probable and FS as less probable. |
| FF | 8/15/23 2:53 PM | Daniel J Mann, Sheila Peterson | Email Chain | None | None | None | None |
| GG | 10/22, 12/22, 2/23, 3/23, 4/23, 6/23, 7/23, 8/23 | T-Mobile; Sprint | Peterson Redacted Cellnular Phone Bills | None | None | None | None |

Peterson v. Murrow's Transfer, Inc., et al.
Civ. A. No. 23-136 (W.D. Pa.) (CCW)

SECOND AMENDED JOINT EXHIBIT LIST OF
FELDMAN SHEPHERD AND PLAINTIFF

| Ex. | Date and Time | Author(s) | Type of Document | Objection to Authenticity | Response to Objection | Objection to Admissibility | Response to Objection |
|---|---|---|---|---|---|---|---|
| HH | 8/11/2023 - 8/15/2023 | T-Mobile; Sheila Peterson | Notated Call Log | Basis: FRE 901.<br><br>Argument: A log of Sheila Peterson's cell phone calls to third parties (i.e., calls that were not made to or from Feldman Shepherd) between August 11, 2023 and August 15, 2023, which has been modified and annotated by Sheila Peterson's current lawyers to include the names of the third parties that Sheila Peterson purportedly called lacks authenticity. Absent the testimony of Sheila Peterson's current lawyers, there is no way to authenticate the annotations on the call log. The log is, therefore, inadmissible. | None | Basis: FRE 401, 402.<br><br>Argument: A log of Sheila Peterson's cell phone calls to third parties (i.e., calls that were not made to or from Feldman Shepherd) between August 11, 2023 and August 15, 2023, which was modified and annotated by Sheila Peterson's current lawyers to include the names of the third parties that Sheila Peterson purportedly called is not relevant to the issues to be decided and is, therefore, inadmissible. | Basis: F.R.E. 401,402,404,608<br><br>Argument: Disagreed, probative to clients contacting gov. and bar agencies seeking help to not settle, and communications from prior firm to client / regarding their FS client needing help regarding FS communication, not understanding settlement, inability to rely and or trust, ability to timely act regarding settlement authority matters, and or needed urgent actions, and relates to important facts of consequence, absense of mistake, communications and treatment of Petersons case relates to showing Peterson's case argument as more probable and FS as less probable. |
| II | 8/20/2023 (capture date) | | Feldman Shepherd Website Announcement | None | None | None | None |
| JJ | 3/9/23 12:00 AM | Mark A. Martini | Letter - State Farm Underinsured Motorist Coverage | None | None | None | None |
| KK | 8/10/23 5:36 PM | Daniel J. Mann, Sheila Peterson | Email Chain | None | None | None | None |
| LL | 3/22/23 4:17 PM | Jenna Hough | Email Chain | None | None | None | None |
| MM | 5/31/23 2:43 AM | Jenna Hough, Daniel J. Mann, Edward S. Goldis, Theresa Perri | Email Chain | None | None | None | None |
| NN | 8/2/23 12:00 AM | Mark A. Martini | Memo and Draft Affidavit | None | None | None | None |

Peterson v. Murrow's Transfer, Inc., et al.
Civ. A. No. 23-136 (W.D. Pa.) (CCW)

SECOND AMENDED JOINT EXHIBIT LIST OF
FELDMAN SHEPHERD AND PLAINTIFF

| Ex. | Date and Time | Author(s) | Type of Document | Objection to Authenticity | Response to Objection | Objection to Admissibility | Response to Objection |
|---|---|---|---|---|---|---|---|
| OO | 4/19/23 12:00 AM | Jenna Hough | Letter - Authorization | None | None | Basis:  FRE 401 and 402.<br><br>Argument:  A letter from Jenna Hough, a Feldman Shepherd paralegal, dated April 19, 2023 to the Pennsylvania Department of Human Services seeking to confirm that DHS has no interest in the settlement of the case and asking DHS to respond indicating if DHS has any claim regarding the Estate is not relevant to the Issues to be Decided and is, therefore, inadmissible. | Basis: F.R.E. 401,402,404,608<br><br>Argument: Disagreed, probative to needed client communications, re-use of client signature supporting document stating settlement reached, material  issues of no consent, and or avoiding client communications for issues of consent and or ratification, firm avoiding opportunities for ratification, dates of communications for approvals of actions, and issues of settlement as regard client consent, client signature request, when, how, where, by FS, issues of re-use of signature as latter related to communications about settlement, to gov. entities, etc., absence of mistake, relates to important facts of consequence, communications and treatment of Petersons case relates to showing Peterson's case argument as more probable and FS as less probable. |

Peterson v. Murrow's Transfer, Inc., et al.
Civ. A. No. 23-136 (W.D. Pa.) (CCW)

SECOND AMENDED JOINT EXHIBIT LIST OF
FELDMAN SHEPHERD AND PLAINTIFF

| Ex. | Date and Time | Author(s) | Type of Document | Objection to Authenticity | Response to Objection | Objection to Admissibility | Response to Objection |
|---|---|---|---|---|---|---|---|
| PP | 11/18/21 4:06 PM | Wanda Brown Nesmith, Cheryl Herling, Daniel J. Mann | Email Chain | None | None | Basis:  FRE 401 and 402.<br><br>Argument:  Internal Feldman Shepherd emails - from November 2021 - regarding the signature and notary requirements for an authorization for Brandon Peterson's cell phone records and whether the Petersons were cooperating with Feldman Shepherd at that time are not relevant to the Issues to be Decided and are, therefore, inadmissible. | Basis: F.R.E. 401,402,404,608<br><br>Argument: Disagreed, Probative as to firm action to notarize and or validate client signature without client involvement, identifies clients as not cooperative, and material and probative to lack of consent, no authority to settle, issues regarding firm actions with clients, re settlement and ratification, identifying and having notice of client communication matters, FS identifies Petersons as non-cooperative, relevant to how, when, where and why settlement communications were important for release communications and consent, also relates to other important facts of consequence, absense of mistake, communications and treatment of Petersons caserelates to showing Peterson's case argument as more probable and FS as less probable. |
| QQ | 1/2/21 7:50 PM | Edward S. Goldis, Alan Feldman | Email Chain | None | None | None | None |

Peterson v. Murrow's Transfer, Inc., et al.
Civ. A. No. 23-136 (W.D. Pa.) (CCW)

SECOND AMENDED JOINT EXHIBIT LIST OF
FELDMAN SHEPHERD AND PLAINTIFF

| Ex. | Date and Time | Author(s) | Type of Document | Objection to Authenticity | Response to Objection | Objection to Admissibility | Response to Objection |
|---|---|---|---|---|---|---|---|
| RR | 11/19/21 9:47 AM | Edward S. Goldis, Daniel J Mann, Wanda Brown Nesmith | Email Chain | None | None | Basis:  FRE 401 and 402.<br><br>Argument:  Internal Feldman Shepherd emails - from November 2021 - regarding the signature and notary requirements for an authorization for Brandon Peterson's cell phone records and whether the Petersons were cooperating with Feldman Shepherd at that time are not relevant to the Issues to be Decided and are, therefore, inadmissible. | Basis: F.R.E. 401,402,404,608<br><br>Argument: Disagreed, again, probative as to firm identifying and having notice of client communication matters, FS identifies Petersons as non-cooperative, relevant to how, when, where and why settlement communications were important for release communications and consent, matters of communicating with clients to obtain settlement authority, and or ratify agreement, relates to important facts of consequence, communications and treatment of Petersons case, absence of mistake, relates to showing Peterson's case argument as more probable and FS as less probable. |

Peterson v. Murrow's Transfer, Inc., et al.

Civ. A. No. 23-136 (W.D. Pa.) (CCW)

SECOND AMENDED JOINT EXHIBIT LIST OF

FELDMAN SHEPHERD AND PLAINTIFF

| Ex. | Date and Time | Author(s) | Type of Document | Objection to Authenticity | Response to Objection | Objection to Admissibility | Response to Objection |
|---|---|---|---|---|---|---|---|
| SS | | Pittsburgh Action News 4 | Coroner Called to Crash Rt 119 (News 4 Pittsburgh).mpg | None | None | Basis: FRE 401, 402 and 802. <br><br>Argument:  A News 4 Pittsburgh video news report regarding Brandon Peterson's accident and community reaction is not relevant to the Issues to be Decided and is, therefore, inadmissible. <br><br>If the video news report is offered for the truth of the statements in the video, then the video is also inadmissible hearsay because the statements in the video are not subject to any hearsay exceptions. | Basis: F.R.E. 401,402,404,608,803 <br><br>Argument: Disagreed, probative to the understanding of the underlying facts, as it relates to what occurred to start the case, and the scope and magnitude of settlement, closure, and the need for who, how, when and where the facts occurred, liability ensured, and the understanding requirement for communications to client, to obtain authority, express consent matters, as relates to important facts of consequence, communications and treatment of Petersons case, relates to showing Peterson's case argument as more probable and FS as less probable. Also, this exhibit qualifies under exceptions to the hearsay rule as will be further set forth in reply, including, not provided for the truth of the matters asserted, and not hearsay argument |
| TT | 12/13/23 12:00 AM | Ryan H. James | Written Report of Ryan H. James, Esquire | None | None | This exhibit is the subject of Feldman Shepherd's Motion in Limine No. 2. | See Plaintiff' Response to Feldman Shepherd's Motion in Limine No. 2. |
| UU | 12/13/23 12:00 AM | Ryan H. James | Ryan James CV | None | None | This exhibit is the subject of Feldman Shepherd's Motion in Limine No. 2. | See Plaintiff' Response to Feldman Shepherd's Motion in Limine No. 2. |

Peterson v. Murrow's Transfer, Inc., et al.
Civ. A. No. 23-136 (W.D. Pa.) (CCW)

SECOND AMENDED JOINT EXHIBIT LIST OF
FELDMAN SHEPHERD AND PLAINTIFF

| Ex. | Date and Time | Author(s) | Type of Document | Objection to Authenticity | Response to Objection | Objection to Admissibility | Response to Objection |
|---|---|---|---|---|---|---|---|
| VV | 12/13/23 7:42 AM | Edward Ciarimboli, Sheila Peterson | Email Chain | None | None | Basis: FRE 401 and 402. <br><br> Argument: Sheila Peterson's email communications with Edward Ciarimboli, Esquire regarding potential representation shortly after the accident in January 2021 and prior to Sheila Peterson and Brook Peterson's retention of Feldman Shepherd on January 5, 2021 are not relevant to the Issues to be Decided and are, therefore, inadmissible. | Basis: F.R.E. 401,402,404,608 <br><br> Argument: Disagreed, material and probative to firm notice of terms for fee agreement, and cost and contract terms, discussions during contract signing at time of signing fee agreement, material to terms and fees of dispute, FS client, pre/post client communications, etc., state of mind, understanding, approval of, and or negotiations terms and conditions, dates of communications, for approval of actions, express authority matters, relates to important facts of consequence, communications, pre/during/post client rep agreement communications, absense of mistake, showing Peterson case more probable and FS case less probable. |
| WW | 5/22/23 5:23 PM | Alan Feldman, Daniel Mann, Edward Goldis, Jenna Hough | Email Chain | None | None | None | None |
| XX | 4/5/23 2:51 PM | Alan Feldman, Daniel Mann | Email Chain | None | None | None | None |

Peterson v. Murrow's Transfer, Inc., et al.
Civ. A. No. 23-136 (W.D. Pa.) (CCW)

SECOND AMENDED JOINT EXHIBIT LIST OF
FELDMAN SHEPHERD AND PLAINTIFF

| Ex. | Date and Time | Author(s) | Type of Document | Objection to Authenticity | Response to Objection | Objection to Admissibility | Response to Objection |
|---|---|---|---|---|---|---|---|
| YY | 8/14/2023  4:26:00 PM<br><br>(based upon review of 18/14/2023 email exchange between Alan Feldman and Edward Ciarimboli) | Edward Ciarimboli | Text Messages | None | None | Basis:  FRE 401 and 402.<br><br>Argument:  A text from Edward Ciarimboli to Sheila Peterson in August 2023 declining to provide legal advice to Sheila Peterson in light of her being represented at that time by Feldman Shepherd is not relevant to the Issues to be Decided and is, therefore, inadmissible. | Basis: F.R.E. 401,402,404,608<br><br>Argument: Disagreed, probative as relates to other exhibits and testimony of other cases against defendant, and or settlement authority, and information for ability to settle, and or ratifiy agreement, relates to firms prior client seeking help from other attorney who had reviewed case prior to firm being retained, relates to timing of Petersons contacting gov. agencies for help, /and contacting  nongovernmental agencies for help, and enforcement agencies for help, to firm identifying and having notice of client communication matters, absence of mistake, other client communication matters, relevant, material and probative to how, what, when, where and why retention  of legal services and settlement communications, and how occurred, relates to relevant evidence and facts of consequence, client and multiple firm communications and multiple firm relations, knowledge of or pertaining to defendant matters, relates to showing Petersons case arguments as more probable and FS arguments as less probable. |