IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHEILA K. PETERSON,<br><br>        Plaintiff,<br><br>    v.<br><br>MURROW'S TRANSFER, INC., LOGAN J. DENNY,<br><br>        Defendants. | 2:23-CV-00136-CCW |

# ORDER

For the reasons set forth in the Opinion granting Sheila K. Peterson's Renewed Petition for Court Approval of Settlement of Wrongful Death and Survival Action, ECF No. [119], **IT IS HEREBY ORDERED** that the settlement in the above-captioned matter is **APPROVED** in the gross amount of $2,600,000.00.

    **IT IS FURTHER ORDERED** that the settlement proceeds shall be allocated as follows:

| | |
|---|---|
| Feldman Shepherd Cost Reimbursement | $64,766.14 |
| Feldman Shepherd 37.5% Net Attorneys' Fee | $950,712.70 |
| Less Funds held in escrow for any unpaid bills | $1,000.00 |
| Wrongful Death Act (85% of proceeds after deduction of fees and costs) | $1,345,992.99 |
|     TO:    Sheila K. Peterson<br>               Brook Peterson | $672,996.50<br>$672,996.49 |
| Survival Act (15% of proceeds after deduction of fees and costs)<br>    TO:    Sheila K. Peterson, Administratrix<br>             Estate of Brandon C. Peterson | $237,528.17 |

    **IT IS FURTHER ORDERED** that, no later than thirty (30) days from the date of this Order, Defendants shall cause the settlement proceeds to be paid to Goldleaf Law, PLLC, as

counsel for Sheila K. Peterson, as Administratrix of the Estate of Brandon C. Peterson and individually, and Brook Peterson.

**IT IS FURTHER ORDERED** that, no later than five (5) business from the date that Goldleaf Law, PLLC receives the settlement proceeds from Defendants, Goldleaf Law, PLLC shall cause the total sum of $1,015,478.84 ($64,766.14 + $950,712.70) to be distributed to Feldman Shepherd Wohlgelernter Tanner Weinstock Dodig LLP by wire transfer (with wire instructions to be provided by Feldman Shepherd to Goldleaf Law).

**IT IS FURTHER ORDERED** that within sixty (60) days from the date of this Order, counsel for Plaintiff shall electronically file an Affidavit certifying compliance with this Order.

DATED this 30th day of May, 2024.

BY THE COURT:

/s/ Christy Criswell Wiegand
CHRISTY CRISWELL WIEGAND
United States District Judge

cc (via ECF email notification):

All Counsel of Record